STATE OF NEW JERSEY v. BRUCE HOLLANDER.

July 23, 1985.

Petition for certification denied.   (See 201 *N.J.Super.* 453)

STATE OF NEW JERSEY v. TYRONE PAYNE.

July 23, 1985.

Cross-petition for certification denied.

IN THE MATTER OF SUPREME COURT ADVISORY
COMMITTEE ON PROFESSIONAL ETHICS
OPINION NO. 544.

July 23, 1985.

Petition for review of the Advisory Committee on Professional Ethics Opinion Number 544, entitled, *Conflict of Interest— Client Information to Funding Sources of Non-Profit Legal Services Project,* is denied.

BUDD LEPMAN v. NEW JERSEY RACING COMMISSION.

July 23, 1985.

Motions to dismiss appeals granted.